CASE 0:11-cv-02804-DWF-TNL Document 15 Filed 01/10/12 Page 1 of 1

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| First State Bank and Trust, A Minnesota banking corporation | 11-cv-02804-DWF-TNL |
| DEFENDANT | TYPE OF PROCESS |
| The Vessel, B&B on the River, U.S. Official No. 1196593 | Complaint/Warrant of Arrest in Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Verne B. Porter & Rebekah L. Porter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
13625 Fernando Ave., Apple Valley, MN  55124

RECEIVED JAN 10 2012 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anastasi & Associates
14985 60th St. North
Stillwater, MN  55082
Attn: Michael A. Cavallaro

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                           Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 651-332-8333 | 10/26/11 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 041 | No. 041 | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date / Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 275.00 | 40.80 | | 315.80 | | 315.80 |

REMARKS:
1st Endeavor: 2 DUSM's, 1hr, 20 miles RT @ 1000hrs 10/27/2011
2nd: 1 DUSM, 1hr, 20 miles RT @ 1600hrs 10/29/2011
3rd: 1 DUSM, 1hr, 20 miles RT @ 2000hrs 10/27/2011
4th: 1 DUSM, 1hr, 20 miles RT @ 0715hrs 10/31/2011

SCANNED JAN 11 2012 U.S. DISTRICT COURT MPLS

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80